ATLANTIC OCEAN PRODUCTS, INC., ET AL. *v.*
LETH, DIRECTOR, DEPARTMENT OF AGRI-
CULTURE OF OREGON, ET AL.

No. 417.   Decided November 12, 1968.

*Thomas H. Tongue* for appellants.

*Robert Y. Thornton,* Attorney General of Oregon, and
*Harold E. Burke,* Assistant Attorney General, for
appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

DOOLIN, DBA NATIONAL NOVELTY CO., ET AL. *v.*
KORSHAK, DIRECTOR OF REVENUE, ET AL.

No. 439.   Decided November 12, 1968.

*Owen Rall* for appellants.

*William G. Clark,* Attorney General of Illinois, and
*John J. O'Toole,* Assistant Attorney General, for
appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.